IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:95CR12
                             )
      v.                     )
                             )
TRACY JEFFERSON,             )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to release sealed documents (Filing No. 1462). The Court will furnish to defendant a copy of her revised presentence investigation report. However, the transcripts requested are not sealed. Defendant is free to make arrangements with the Court Reporter to obtain copies of said transcript. Accordingly,

IT IS ORDERED that defendant's motion to release documents is granted. A copy of her presentence investigation report **shall be furnished to this defendant only**. Defendant may obtain copies of the transcripts from the Court Reporter.

DATED this 20th of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court